910 P.2d 128

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Karagianes | 17612 | 1/12/96 | Affirmed |
| State v. Sylva | 17165 | 1/22/96 | Affirmed |
| State v. Takaesu | 17628 | 1/23/96 | Affirmed |
| State v. Sanders | 17659 | 1/25/96 | Affirmed |
| State v. Akahi | 18591 | 1/30/96 | Affirmed |

| | | | | |
|---|---|---|---|---|
| Norton v. Administrative Director of the Court, State | 18615 | 1/12/96 | Denied | 80 Hawai'i 197, 908 P.2d 545 |

| | | | | |
|---|---|---|---|---|
| Markham v. Markham | 17037 | 1/29/96 | Denied | 80 Hawai'i 274, 909 P.2d 602 |
| Miller v. Tanaka | 17148 | 1/16/96 | Denied | 80 Hawai'i 358, 910 P.2d 129 |
| State v. Dowler | 16286 | 1/24/96 | Dismissed | 80 Hawai'i 246, 909 P.2d 574 |
| State v. Jhun | 16139 | 12/22/95 | Granted | —— Hawai'i ——, —— P.2d —— |
| State v. Medeiros | 17307 | 1/29/96 | Denied | 80 Hawai'i 251, 909 P.2d 579 |